WIGGINS CHILDS
PANTAZIS FISHER
GOLDFARB PLLC
Advocates & Litigators

A PROFESSIONAL LIMITED LIABILITY COMPANY
2022 18th Street, N.W. · #110 · WASHINGTON, D.C. 20009

Direct Dial: 202-467-4489 · Fax: 205-453-4907
Email: TFleming@wigginschilds.com · Web: www.wigginschilds.com

TIMOTHY B. FLEMING
*OF COUNSEL*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/2026

October 20, 2026

***Via ECF***

The Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *In Re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN)

Dear Judge Daniels and Magistrate Judge Netburn:

The undersigned is one of the attorneys representing the Plaintiffs in the following cases filed recently against either the Islamic Republic of Iran and certain of Iran's political subdivisions, agencies, and instrumentalities, or the Islamic Emirate of Afghanistan, or against the Kingdom of Saudi Arabia, or against the Republic of the Sudan:

- *Romero, et al. v. Islamic Republic of Iran,* No. 1:25-cv-07935-GBD
  - Original Complaint filed September 24, 2025;
  - Amended Complaint filed September 28, 2026;
  - Amended Complaint refiled (remedying Clerk-noted deficiencies) September 30, 2026.
- *Casazza, et al. v. Islamic Emirate of Afghanistan, et al.,* 1:25-cv-03743-GBD
  - Original Complaint filed May 9, 2025;
  - Amended Complaint filed September 28, 2026;
  - Amended Complaint refiled (remedying Clerk-noted deficiencies) September 30, 2026.
- *Casazza, et al. v. Kingdom of Saudi Arabia,* No. 1:26-cv-08471
  - Short-form Complaint originally filed September 28, 2026;
  - Short-form Complaint refiled (remedying Clerk-noted deficiencies) September 29, 2026.
- *Logan, et al. v. Kingdom of Saudi Arabia,* No. 1:26-cv-08476
  - Short-form Complaint originally filed September 28, 2026;
  - Short-form Complaint refiled (remedying Clerk-noted deficiencies) September 29, 2026.
- *Logan, et al. v. Republic of Sudan,* No. 1:26-cv-08481
  - Short-form Complaint originally filed September 28, 2026;
  - Short-form Complaint refiled (remedying Clerk-noted deficiencies) September 29, 2026.

- *Casazza, et al. v. v. Republic of Sudan,* 1:26-cv-08485
  - Short-form Complaint originally filed September 28, 2026;
  - Short-form Complaint refiled (remedying Clerk-noted deficiencies) September 29, 2026.

Some of these cases have already been assigned to Judge Daniels and Magistrate Judge Netburn as possibly related to the Multi-District Litigation *In Re Terrorist Attacks on September 11, 2001*, 1:03-md-01570-GBD-SN (the "MDL").

On October 28, 2025, the following appears on the *Romero*, Civ. No. 1:25-cv-07935, docket: "CONSOLIDATED MDL CASE: Create association to 1:03-md-01570-GBD-SN.. (tro) (Entered: 10/28/2025)." We believe *Romero* is admitted to the MDL, but if this docket entry does not mean the case was formally admitted to the MDL, counsel for the *Romero* Plaintiffs requests that *Romero* be formally admitted.

*Casazza, et al. v. Islamic Emirate of Afghanistan, et al.*. Civ. No. 1:25-cv-03743, has not been formally admitted to the MDL. The *Casazza* docket shows it to be related to *Grazioso, et al. v. Taliban*, 1:22-cv-01188-GBD-SN, and assigned to Your Honors, but it has not yet been admitted to the MDL. Therefore, counsel requests that *Casazza, et al. v. Islamic Emirate of Afghanistan* be admitted to the MDL.

The other cases listed have not yet been requested to be admitted and, therefore, counsel for the Plaintiffs requests that each of the above-listed cases be admitted to the MDL.

Respectfully Submitted,

Timothy B. Fleming
*One of the Attorneys for Plaintiffs in the cases listed herein*

cc: All MDL counsel (via ECF)

<u>Casazza v. Islamic Emirate of Afghanistan</u>, No. 1:25-cv-03743, shall be made part of the MDL. Because the remainder of the above-referenced cases have already been admitted to the MDL, the request to admit them is DENIED.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: October 22, 2026
New York, New York